IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DE' ANDRE GRAY                                                                              PLAINTIFF

v.                                  Civil No. 6:17-cv-06098

SHERIFF JASON WATSON,
Clark County, Arkansas; JAIL
ADMINISTRATOR DERRICK
BARNES; JAILER ALEX BOLZ;
JAILER LANE FUNDERBURK; and
JAILER SAM (last name unknown); and
ANDREW SAMUEL                                                                          DEFENDANTS

## ORDER

De' Andre Gray filed this case *pro se* pursuant to 42 U.S.C. § 1983 on September 19, 2017. (ECF No. 1). Before the Court is the issue of attempted service on Defendant Jailer Sam Burdette, also known as Jailer Sam (last name unknown).

On October 16, 2017, this Court ordered service on Defendants, including Jailer Sam Burdette, at the Clark County Detention Center. (ECF No. 11). On January 23, 2018, counsel for the Clark County Defendants notified the Court of the last known address for Defendant Sam Burdett under seal. (ECF No. 19). On January 24, 2018, the Court again attempted to serve Defendant Sam Burette at his last known address. (ECF No. 21). The summons issued to Defendant Sam Burdette was returned unexecuted on February 28, 2018. (ECF No. 23).

It is Plaintiff's responsibility to provide the Court with an address for proper service on all Defendants. *See Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993) (plaintiffs proceeding *in forma pauperis* are responsible for providing defendants' addresses). Plaintiff has failed to provide an address for service on Defendant Sam Burdette.

1

**Accordingly, the Clerk is DIRECTED to terminate Jailer Sam Burdette, also known as Jailer Sam, last name unknown, as a Defendant in this lawsuit.**

**IT IS SO ORDERED** this 10th day of April 2018.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE