IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DE' ANDRE GRAY                                                                                    PLAINTIFF

v.                                    Civil No. 6:17-cv-6098

SHERIFF JASON WATSON,
Clark County, Arkansas; JAIL
ADMINISTRATOR DERRICK
BARNES; JAILER ALEX BOLZ;
JAILER LANE FUNDERBURK; and
JAILER ANDREW SAMUEL                                                                       DEFENDANTS

## JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. (ECF No. 39). Plaintiff De' Andre Gray has not filed a response, and the time to do so has passed. *See* Local Rule 7.2(b). The Court finds this matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 39) is hereby **GRANTED**. Plaintiff's claims against Defendants Jason Watson, Derrick Barnes, Alex Bolz, Lane Funderburk, and Andrew Samuel are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of December, 2018.

                                                                           /s/ Susan O. Hickey
                                                                           Susan O. Hickey
                                                                          United States District Judge